UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOHNNSY PHILISMA,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No.: 3:26-cv-5769-CAB-MMP

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Johnnsy Philisma's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner is a Haitian national who alleges that he was processed by immigration authorities and paroled into the United States on May 12, 2024. [Petition at 3.] He has a pending asylum application. [*Id.*] He was recently re-detained on October 6, 2026. [*Id.*]

Respondents do not contest any of Petitioner's asserted facts. [Doc. No. 4.] Nor do Respondents allege that there has been a change of circumstances warranting Petitioner's detention. Indeed, Respondents acknowledge that "Petitioner was previously released from immigration custody on parole" and "have insufficient information regarding termination of that parole . . . to provide to the Court." [*Id.* at 2.] Respondents therefore "do[] not oppose the [P]etition and defer[] to the Court on the appropriate relief." [*Id.* at 3.]

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner Johnnsy Philisma under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: October 20, 2026

Hon. Cathy Ann Bencivengo
United States District Judge